**Christopher R. Best, OSB No. 082649**
cbest@gattilaw.com
**James M. Healy, OSB No. 123403**
jhealy@gattilaw.com
The Gatti Law Firm
235 Front St. SE, Ste. 200
Salem, Oregon, 97301
Telephone: 503-363-3443
Fax: 503-697-0841

**W. Mark Lanier, TSB No. 11934600**
wml@lanierlawfirm.com
**Lawrence P. Wilson, TSB No. 21704100**
larry.wilson@lanierlawfirm.com
**Judson Waltman, TSB No. 00797621**
jaw@lanierlawfirm.com
**Benjamin R. Major, TSB No. 24074639**
benjamin.major@lanierlawfirm.com
The Lanier Law Firm
10940 W. Sam Houston Parkway N. Suite 100
Houston, TX 77064
Telephone: 703-659-5200

Of Attorneys for Plaintiff

BRETT A. SHUMATE
Acting Assistant Attorney General
NATALIE K. WIGHT
United States Attorney
KIRSTEN L. WILKERSON
Director, Torts Branch
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
GESESSEE TEFERI (MD Bar No. 0012130332)
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Stephen.Terrell2@usdoj.gov
Tel:   (202) 353-1651
Fax:  (202) 616-5200

*Attorneys for Defendant United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NICOLE SVOBODA'S FIDUCIARY SERVICES, LLC, as conservator for DONAVAN LABELLA,<br><br>                                  Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                                  Defendant. | Case No. 3:21-cv-1664-MO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), plaintiff and the United States (the parties) jointly stipulate that plaintiff's action is dismissed with prejudice, that plaintiff and the United States shall bear their own fees and costs, and that the Court shall not retain jurisdiction over this action. The parties agree this dismissal is a judgment for purposes of 28 U.S.C. § 2676.

Dated: February 7, 2025,

| | |
|---|---|
| **Christopher R. Best, OSB No. 082649**<br>cbest@gattilaw.com<br>*s/ James M. Healy by*<br>*s/ Stephen R. Terrell per e-mail authorization*<br>*dated February 6, 2025*<br>**James M. Healy, OSB No. 123403**<br>jhealy@gattilaw.com<br>The Gati Law Firm<br>235 Front St. SE, Ste. 200<br>Salem, Oregon, 97301<br>Telephone: 503-363-3443<br>Fax: 503-697-0841<br><br>**W. Mark Lanier, TSB No. 11934600**<br>wml@laneirlawfirm.com<br>**Lawrence P. Wilson, TSB No. 21704100**<br>larry.wilson@lanierlawfirm.com<br>**Judson Waltman, TSB No. 00797621**<br>jaw@lanierlawfirm.com<br>**Benjamin R. Major, TSB No. 24074639**<br>benjamin.major@lanierlawfirm.com<br>The Lanier Law Firm<br>10940 W. Sam Houston Parkway N. Suite 100<br>Houston, TX 77064<br>Telephone: 703-659-5200<br><br>Of Attorneys for Plaintiff | BRETT A. SHUMATE<br>Acting Assistant Attorney General,<br> Civil Division<br><br>NATALIE K. WIGHT<br>United States Attorney<br><br>KIRSTEN L. WILKERSON<br>Director, Torts Branch<br><br> *s/ Stephen R. Terrell*<br>STEPHEN R. TERRELL (CA Bar No. 210004)<br>GESSESSEE TEFERI (MD Bar No. 0012130332)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Torts Branch<br>P.O. Box 888<br>Benjamin Franklin Station<br>Washington, D.C. 20044<br>Tel:   (202) 353-1651<br>Fax:  (202) 616-5200<br>Stephen.Terrell2@usdoj.gov<br><br>*Attorneys for Defendant United States of America* |

STIPULATION OF DISMISSAL WITH PREJUDICE